UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald Lee Lewis,

           Plaintiff,                    Civil No. 06-329 (RHK/RLE)

vs.                           **DISQUALIFICATION AND**
                           **<u>ORDER FOR REASSIGNMENT</u>**

Warden FMC Rochester,

           Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of
the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned
recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of
Cases Order dated December 9, 2005, the above-captioned action shall be
resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in
the above-captioned case.

Dated:  January 25, 2006

                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge